

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | |
|---|---|
| TERESA CREIGHTON, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:16-2023-MGL |
| § | |
| COMMISSIONER OF SOCIAL SECURITY, § | |
| ADMINISTRATION, § | |
| Defendant. § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

This is a Social Security appeal. Pending before the Court is Plaintiff's motion for attorney's fees in the amount of $4,158.00 in fees and $16.00 for expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Defendant does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 5th day of July, 2017, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE